[No. 11280-9-II.  Division Two.  March 31, 1989.]

JAMES W. BOIRE, *Respondent,* v. KEILA PRITCHARD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-00457-1, Robert H. Peterson, J., entered June 5, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.

[No. 10536-5-II.  Division Two.  March 31, 1989.]

ANN CAMMARANO, *Respondent,* v. LESLIE REINOSKY, ET AL, *Appellants.*

JAMES R. ALDRICH, ET AL, *Respondents,* v. LESLIE REINOSKY, ET AL, *Appellants.*

LESLIE REINOSKY, ET AL, *Appellants,* v. JAMES R. ALDRICH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 82-2-01725-3, Richard A. Strophy, J., entered November 24, 1986. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Alexander, C.J., concurred in by Reed and Worswick, JJ.

[No. 11774-6-II.  Division Two.  April 3, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. BRADLEY A. KEMPER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-1-01843-5, Donald H. Thompson, J., entered January 26, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Reed, J.